UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESPINDA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAN B. ROSEN, et al.,<br><br>    Defendants. | Case No. 12-cv-05196-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL OR STIPULATED JUDGMENT**<br><br>Re: ECF Nos. 43, 44 |

A case management conference is scheduled for July 31, 2013. The parties filed a joint case management statement in which they request that the Court vacate the conference on the ground that they have reached a settlement. ECF No. 44. The request to vacate the conference is DENIED, as the Court previously ordered the parties to file a stipulation of dismissal and the parties failed to comply with that order. ECF No. 33. The parties are ordered to file a stipulation of dismissal or a stipulated judgment by July 26, 2013. The Court will vacate the July 31 conference only if the parties file a stipulation of dismissal or a stipulated judgment by that date.

**IT IS SO ORDERED**.

Dated: July 18, 2013

                                              JON S. TIGAR<br>                                              United States District Judge