United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESPINDA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALAN B. ROSEN, et al.,<br><br>  Defendants. | Case No. 12-cv-05196-JST<br><br>**ORDER DENYING STIPULATION; REQUIRING STIPULATION FOR DISMISSAL OR STIPULATED JUDGMENT; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 48 |

The Court previously ordered the parties to file a stipulation of dismissal or a stipulated judgment no later than July 26, 2013. ECF No. 47. The parties filed a stipulation to dismiss the action without prejudice on July 26, 2013, which provides that the Court will "retain jurisdiction for 120 days in order to enforce the settlement if the settlement is not fully consummated." ECF No. 48. This stipulated request is DENIED. With very few exceptions, the Court does not retain continuing jurisdiction after a case is dismissed. Here, the parties have presented no grounds to justify the retention of jurisdiction post-dismissal.

The Court will give the parties additional time to finalize the settlement. The parties shall file either a stipulation for dismissal or a stipulated judgment no later than September 13, 2013. This deadline will not be extended for a third time. Sanctions may be imposed for a failure to

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  comply with this order.  The case management conference scheduled for July 31, 2013, is

2  CONTINUED to September 18, 2013.

3  **IT IS SO ORDERED**.

4  Dated: July 29, 2013

_____
JON S. TIGAR
United States District Judge