UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESPINDA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAN B. ROSEN d/b/a ROSEN & LOEB,<br>STEVEN SCOTT LOEB d/b/a ROSEN &<br>LOEB, ROSEN & LOEB and DOES 1-10,<br><br>    Defendants. | CASE NO. 3:12-cv-05196-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITHOUT PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff DAVID ESPINDA and Defendants ALAN B. ROSEN d/b/a ROSEN & LOEB, STEVEN SCOTT LOEB d/b/a ROSEN & LOEB, ROSEN & LOEB to dismiss without prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

That the above-entitled lawsuit is hereby dismissed, without prejudice, pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED: August 6, 2013

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE