UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESPINDA, | CASE NO. 3:12-cv-05196-JST |
| Plaintiff, | |
| vs. | **[PROPOSED]** ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITHOUT PREJUDICE |
| ALAN B. ROSEN d/b/a ROSEN & LOEB, STEVEN SCOTT LOEB d/b/a ROSEN & LOEB, ROSEN & LOEB and DOES 1-10, | |
| Defendants. | |

The Court has reviewed the Stipulation of Plaintiff DAVID ESPINDA and Defendants ALAN B. ROSEN d/b/a ROSEN & LOEB, STEVEN SCOTT LOEB d/b/a ROSEN & LOEB, ROSEN & LOEB to dismiss without prejudice the above-entitled action, in its entirety.  Pursuant to the Joint Stipulation between parties, the Court orders as follows:

That the above-entitled lawsuit is hereby dismissed, without prejudice, pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED: August 6, 2013

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATION RE DISMISSAL
CASE NO. 3:12-cv-05196-JST

1